**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01915-KAS

ELDER JOSUE CARRASCO MARTINEZ,

      Petitioner,

v.

GEORGE VALDEZ, in his official capacity as Director of ICE's Aurora Field Office,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, and
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, in his official capacity as Attorney General of the United States,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
JUAN BALTAZAR, in his official capacity as Warden of the Aurora Detention Facility,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [ECF 11 and 13] entered by United States Magistrate Judge Kathryn A. Starnella on May 28, 2026, and July 17, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. It is further

ORDERED that, pursuant to 28 U.S.C. § 2412(d)(1), Petitioner may, within 30 days of final judgment in the action, submit to the Court an application for fees and other expenses that shows that Petitioner is the prevailing party and is eligible to receive an

award under that statutory provision.

This case will be closed.

DATED at Denver, Colorado, this 17th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:  s/ M. Smotts
M. Smotts, Deputy Clerk